**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6821**

───────────

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

TRACY CLARENCE ANDERSON,

　　　　　Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Senior District Judge.  (3:13-cr-00219-FDW-1)

───────────

Submitted:  December 19, 2024　　　　　　　　Decided:  December 23, 2024

───────────

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

**ON BRIEF:**  John G. Baker, Federal Public Defender, Jared P. Martin, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Charlotte, North Carolina, for Appellant.  Dena J. King, United States Attorney, Elizabeth M. Greenough, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Clarence Anderson appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Anderson's motion.  *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Anderson*, No. 3:13-cr-00219-FDW-1 (W.D.N.C July 27, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*